TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ISAIAS CONTRERAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Isaias Contreras,<br><br>  Defendant. | No. 2:23-CR-00110 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  June 17, 2024<br>Time:  8:30 am<br>Dept:  Honorable William B. Shubb |

### STIPULATION

The Government, by and through its counsel of record, DAVID SPENCER and defendant, ISAIAS CONTRERAS, by and through his counsel of record, TONI WHITE, hereby stipulate as follows:

1. This case was previously set for a status conference on June 17, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **July 8, 2024 at 9:00 a.m.**, and to exclude time between June 17, 2024, and July 8, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

1

a) Discovery in this matter includes approximately 252 pages of law enforcement reports, photographs, and other materials. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) The undersigned defense counsel has pending investigation ongoing and needs more time to complete that task, continue to consult with the defendant, review the current charges, discuss potential resolutions and otherwise prepare for trial.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 17, 2024 to July 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated:  June 11, 2024

PHILLIP A. TALBERT

United States Attorney

 /s/ DAVID SPENCER
DAVID SPENCER

Assistant United States Attorney

Dated:  June 11, 2024                                /s/ TONI WHITE
                                                     TONI WHITE
                                                     Counsel for Defendant
                                                     ISAIAS CONTRERAS

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  June 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE