TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ISAIAS CONTRERAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>Isaias Contreras,<br><br>           Defendant. | No. 2:23-CR-0110 WBS<br><br>**ORDER REGARDING DEFENDANT'S WAIVER OF APPEARANCE** |

      Based on the Request for Appearance Waiver filed with this Court on July 1, 2024, and on the information and signatures contained therein, it is hereby ordered that Defendant ISAIAS CONTRERAS' appearance be waived in the circumstances set forth herein, subject to any Order by the Court requiring his appearance, which would supersede this Order.

      ISAIAS CONTRERAS' appearance is waived for hearings of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of

sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED .

Dated:  July 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE