PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-110-WBS |
|---|---|
| Plaintiff, | STIPULATION TO SET TRIAL CONFIRMATION HEARING; ORDER |
| v. | |
| ISAIAS AROLDO CONTRERAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Jury Trial to begin on April 1, 2025, and time was excluded through that date under Local Code T4.

2. By this stipulation, the parties jointly request to set a Trial Confirmation Hearing at **10:00 a.m., on March 10, 2025**.

IT IS SO STIPULATED.

Dated: September 25, 2024         PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ DAVID W. SPENCER

DAVID W. SPENCER
Assistant United States Attorney

Dated: September 25, 2024

/s/ Toni White
Toni White
Counsel for Defendant
ISAIAS AROLDO CONTRERAS

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE