TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
ISAIAS CONTRERAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>Isaias Contreras,<br><br>         Defendant. | No. 2:23-CR-00110 WBS<br><br>REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER<br><br>Dept:  Honorable William B. Shubb |

It is respectfully requested that Attorney TONI WHITE be relieved as attorney of record in the above captioned case and that attorney TIM ZINDEL, P.O. Box 188976, Sacramento, CA 95818, telephone is 916-704-2665 be substituted in as **appointed** counsel for Mr. Contreras. Mr. Zindel has been appointed on the case as a contract associate attorney and it is the client's request that Mr. Zindel take the lead for future proceedings and that lead attorney TONI WHITE be relieved. Mr. Contreras is in custody in this matter and continues to qualify for appointed counsel.

Dated: March 19, 2025                               Respectfully Submitted:


                                                                   By: /s/ Toni White_____
                                                                   TONI WHITE

1

                                          Attorney for Defendant,
                                          ISAIAS CONTRERAS

I accept the substitution and ask to be appointed.

Dated: March 19, 2025                                Respectfully Submitted:

                                          By: /s/ Tim Zindel
                                          TIM ZINDEL
                                          Attorney at Law

I request and consent to the substitution.

Dated: March 19, 2025                                Respectfully Submitted:

                                          By: /s/ Isaias Contreras
                                              ISAIAS CONTRERAS

**O R D E R**

IT IS SO ORDERED.

Dated: March 20, 2025                         _____
                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE