TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
ISAIAS CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-0110-WBS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING SENTENCING HEARING** |
| ISAIAS CONTRERAS, | ) |
| Defendant. | ) Judge:   Hon. William B. Shubb |
|  | ) Date:    May 27, 2025 |
|  | ) Time:    9:30 a.m. |

The parties agree to continue the sentencing hearing, currently scheduled for May 27, to **June 30, 2025, at 10:00 a.m.** Additional time is needed because new counsel was appointed for Mr. Contreras.  The parties agree to modify the presentence schedule as follows:

| | |
|---|---|
| Draft PSR due: | May 12 |
| Informal objections due | May 26 |
| Final report due | June 2 |
| Objections due | June 9 |

-1-

| | |
|---|---|
| Responses due | June 23 |
| Hearing on J&S | June 30 at 10:00 a.m. |

Respectfully Submitted,

Dated: April 25, 2025        /s/ Tim Zindel
TIMOTHY ZINDEL
Attorney for ISAIAS CONTRERAS


MICHELE BECKITH
Acting United States Attorney


Dated: April 25, 2025        /s/ T. Zindel for D. Spencer
DAVID SPENCER
Assistant U.S. Attorney

**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated: April 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-