KIMBERLY A. SANCHEZ
Acting United States Attorney
DAVID W. SPENCER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ISAIAS AROLDO CONTRERAS,<br><br>                Defendant. | 2:23-CR-00110-WBS<br><br>FINAL ORDER OF FORFEITURE |

On or about April 18, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Isaias Aroldo Contreras forfeiting to the United States the following property:

    a.    Approximately $31,154.00 in U.S. Currency, plus all accrued interest,
    b.    A Gents Stainless Steel Rolex watch with full-cut diamonds,
    c.    A 14-carat white gold diamond pendant with the letters "gho$$$t,"
    d.    A 14-carat white gold square pendant with full-cut diamonds with "$$$" bail,
    e.    A 10-carat white gold diamond curb chain necklace with full-cut diamonds,
    f.    A 10-carat yellow gold 2.5 inch diamond curb chain with full-cut diamonds,
    g.    Two 10-carat white gold cluster full-cut diamond earring studs, and
    h.    Two 14-carat yellow gold cluster full-cut diamond earring studs.

Beginning on April 22, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Isaias Aroldo Contreras.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within thirty (30) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return a 14-carat yellow gold diamond square pendant with full-cut diamonds and a 14-carat yellow gold Cuban chain necklace to defendant Isaias Aroldo Contreras through attorney Tim Zindel.

IT IS SO ORDERED.

Dated: August 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE