```
TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com
```

Attorney for Defendant
ISAIAS CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>        vs.  )<br>  )<br>ISAIAS CONTRERAS,  )<br>  )<br>    Defendant.  )<br>  )<br>  )<br>_____ ) | Case No. 2:23-CR-0110-WBS<br><br>**STIPULATION AND ORDER**<br>**RETURNING PASSPORT**<br><br>Judge:   Hon. Sean C. Riordan |

The parties agree that the Clerk of the Court may return defendant Isaias Contreras's U.S. Passport to his father, Ramon Contreras.

Isaias Contreras surrendered his U.S. Passport to the Clerk on August 16, 2023, as a condition of his pretrial release. ECF 12.  The district judge remanded Mr. Contreras on March 10, 2025, following his entry of a guilty plea.  ECF 35.  The court sentenced Mr. Contreras on June 30, 2025.  ECF 57.  He is currently serving his prison sentence at FPC Yankton in South

Dakota.  There is no further reason for the Clerk to retain his U.S. passport, so it may be returned to his father. Alternatively, Clerk may mail the passport to defense counsel at the above address.

                                  Respectfully Submitted,

Dated:  August 13, 2025      */s/ Tim Zindel*
                                  TIMOTHY ZINDEL
                                  Attorney for ISAIAS CONTRERAS

                                  ERIC GRANT
                                  United States Attorney

Dated:  August 13, 2025      */s/ T. Zindel for D. Spencer*
                                  DAVID SPENCER
                                  Assistant U.S. Attorney

### O R D E R

The Clerk shall release Mr. Contreras's passport to his father, Ramon Contreras, or mail it to defense counsel.

IT IS SO ORDERED.

Dated:  August 13, 2025      _____
                                  HON. SEAN C. RIORDAN
                                  United States Magistrate Judge